JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NATHAN HALL, | ) | NO. CV 21-1520-JFW(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| KATHLEEN ALLISON, ET AL., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: November 29, 2022.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE